## Jordan, Appellant, *v.* Hamburg.

Argued September 15, 1967. *Joseph D. Shein,* for appellant; *Joseph H. Foster,* with him *White and Williams,* for appellee.

Judgment affirmed.

ERVIN, P. J., and MONTGOMERY, J., absent.

## Joseph, Appellant, *v.* Mutual of Omaha.

Argued September 19, 1967. *Lee B. Sacks,* with him *Samuel I. Sacks,* for appellant; *William J. Toy,* with him *Walter B. Gibbons,* for appellee.

Order affirmed.

## Kerins *v.* Farview State Hospital et al., Appellants.

Argued September 13, 1967. *S. John Cottone,* Associate Counsel, with him *Thomas E. Roberts,* Chief Counsel, *Raymond Kleiman,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for appellants; *Thomas J. Jones,* for appellee.

Order affirmed.